CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

AUG 07 2015

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTHEW MUNIZ,<br>　　Plaintiff, | Civil Action No. 7:14-cv-00294 |
| v. | **MEMORANDUM OPINION** |
| CHARLOTTE COUNTY<br>SHERIFF OFFICE, *et al*,<br>　　Defendant(s). | By:　Michael F. Urbanski<br>United States District Judge |

　　Matthew Muniz, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. In as much as plaintiff is no longer an inmate, plaintiff is no longer subject to the provision of the Prisoner Litigation Reform Act, which allowed plaintiff to pay the $350.00 filing fee via installments. By Order entered July 23, 2015, the court directed plaintiff to submit within 10 days from the date of the Order the full filing fee of $400.00 or otherwise respond to the Order within ten (10) days of the Order's entry. Failure to pay the fee in full or otherwise respond and to maintain an address of record shall result in the dismissal of the action without prejudice. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

　　More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

　　The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

　　ENTER: This 7th day of August, 2015.

　　　　　　　　　　　　　　　　/s/ Michael F. Urbanski
　　　　　　　　　　　　　　　　United States District Judge