CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

AUG 0 7 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTHEW MUNIZ, | ) |
| Plaintiff, | ) Civil Action No. 7:14-cv-00294 |
| | ) |
| v. | ) **DISMISSAL ORDER** |
| | ) |
| CHARLOTTE COUNTY | ) |
| SHERIFF OFFICE, *et al*, | ) By: Michael F. Urbanski |
| Defendant(s). | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court; all pending motions are **DENIED** as moot.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 7 day of August, 2015.

United States District Judge